Joseph Einstein, Appellant, *v.* The City of Joliet, Appellee.

APPEAL FROM WILL.

This case, with the exception of the names of the parties, is precisely like that preceding it ; and therefore it is not necessary to give anything more than the following opinion of the court :

Walker, J. The record in this case presents the same questions as those determined in the case of *Brown* v. *The City of Joliet, ante,* 123, at the present term of this court. We therefore regard it unnecessary to discuss them again, in this case.

The judgment of the Circuit Court is reversed and the cause remanded.

*Judgment reversed.*